Judgment was rendered against the United States in the court below.
Per curiam: Affirmed upon the authority of (1) United States v. Cress, 243 U. S., 316, 329; United States v. Welch, 217 U. S., 333, 339; United States v. Grizzard, 219 U. S., 180, 185; (2) St. Louis v. Western Union Tel. Co., 148 U. S., 92, 101; Western Union Tel. Co. v. Richmond, 224 U. S., 160, 169. And see Stockton v. Baltimore c& New York R. R. Co., 32 Fed., 9; (3) Farrel v. O'Brien, 199 U. S., 89, 100; Goodrich v. Ferris, 214 U. S., 71, 79; Brolan v. United States, 236 U. S., 216, 218; Sugarman v. United States, 249 U. S., 182, 184.